Submitted on record and briefs March 8, reversed and remanded April 14, 1999

In the Matter of
Wes Ling,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

WES LING,
*Appellant.*

(98165MC; CA A103161)

978 P2d 450

Ronald K. Cue filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Jas. Jeffrey Adams, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

## PER CURIAM

In this appeal of an order of civil commitment, appellant contends that the order is not supported by clear and convincing evidence that he is mentally ill within the meaning of ORS 426.005(1)(d)(A). In response, the state concedes that the order should be reversed, albeit on a different ground. The state observes that the trial court failed to advise appellant of his rights at the commitment hearing in violation of ORS 426.100(1) and contends that the lack of an appropriate advice of rights is entirely dispositive of the appeal. We accept the state's concession.

Reversed and remanded.